UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:09CR00441 CEJ - 1 |
| | ) | |
| MICHAEL MORGAN, | ) | |
| a/k/a "Missouri Mike" | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF THE GOVERNMENT
REGARDING PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said District, and states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney


/s/ Matthew T. Drake
MATTHEW T. DRAKE, #115986
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri   63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 1, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

        James C. Ochs
        Attorney at Law
        (Attorney for Defendant)

        Jean F. Kintz
        United States Probation Officer

                      /s/ *Matthew T. Drake*
                      MATTHEW T. DRAKE, #115986
                      Assistant United States Attorney